**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000558
02-JUL-2020
09:26 AM**

NO. CAAP-19-0000558

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
SHAWNDEL HUNTER, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DTA-18-03680)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of Defendant-Appellant Shawndel Hunter's (Hunter) June 26, 2020 "Motion for [Hawaiʻi Rules of Appellate Procedure (HRAP)] Rule 42(b) Dismissal of Appeal," the papers in support, and the record, it appears that Hunter seeks to dismiss the appeal under HRAP Rule 42(b), and attached to the motion is Hunter's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, July 2, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge